# Lifestyle Nutrition, Inc.

PhysicianWellnessProgram.com   Turn-key Physician Programs & Individualized Nutrition Counseling   954-561-0166

Attn; Hon. Charles R. Nogle Sr.

Heather Kolbus:               5-21-20

I am requesting an 14 day extension for this matter because of Covid related issues. I tried faxing directly to Hon Charles R. Nogle Sr.'s office on 5-20-20 but the fax did not go through.

I am responding to the Summons in the Civil Case 20-cv-2590. I am requesting the plaintiff attorney call me to discuss the matter, there must be an error. I have information that confirms that your client Dr. Ron Trottier opted in for information for Information from my company Lifestyle Nutrition Inc.

Heather Kolbus I left a voice message at your office on 5-20 and 5-21-20 at 312-739-4200.

Please call me to discuss this matter 561-929-1488

I am also faxing and mailing this response on 5-21-20 to 312-419-0379 but the published fax number is not working. I also mailed a copy to 10 Clark St. Suite 1500 Chicago Il 60603.

CC: Clerk of Court Hon Charles Norgle attempted to Fax 312-554-8518

Mailed to

Christopher Fuzy M.S.,R.D.,L.D.

Clinical Nutritionist / Dietitian
President Lifestyle Nutrition Inc.

561-929-1488

1741 Coral Gardens Dr  Wilton Manors, Florida 33334



**FILED**
5/22/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOOP SPINE & SPORTS CENTER, LTD., ) | |
| ) | |
| Plaintiff, ) | 20-cv-2590 |
| ) | |
| v. ) | Judge Norgle |
| ) | Magistrate Judge Weisman |
| LIFESTYLE NUTRITION, INC., ) | |
| CHRISTOPHER FUZY, ) | |
| and JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S LOCAL RULE 3.2 STATEMENT

Plaintiff Loop Spine & Sports Center, Ltd. is a privately held corporation. It does not have any publicly held affiliates.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)



**Lifestyle Nutrition Inc.**
1741 Coral Gardens Dr. Ste. 101
Fort Lauderdale, FL. 33334

7019 2970 0002 1576 9847



U.S. POSTA
FCM LETTE
OAKLAND
33334
MAY 22, 20
AMOUNT
$4.
R2304E107

Judge Charles R. Norgle  Courtroom 2341
327 S Church St,
Rockford, IL 61101

RECEIVED
MAY 2 6 2020
US MARSHALS

61101-132091