# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| LOOP SPINE & SPORTS CENTER, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 20 C 2590 |
| | ) | |
| LIFESTYLE NUTRITION, INC., | ) | |
| CHRISTOPHER FUZY, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Loop Spine & Sports Center, Ltd. respectfully informs the Court that the parties have reached an individual settlement in this matter. Plaintiff anticipates filing a notice of dismissal by December 14, 2020.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Heather Kolbus, hereby certify that on September 18, 2020, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, and to be served via U.S. Mail upon the following:

    Lifestyle Nutrition Inc.
    c/o Christopher Fuzy, Registered Agent
    1741 Coral Gardens Drive
    Wilton Manors, FL 33334

    Christopher Fuzy
    1741 Coral Gardens Drive
    Wilton Manors, FL 33334

                                                s/ Heather Kolbus
                                               Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)