IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOOP SPINE & SPORTS CENTER, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 20 C 2590 |
| | ) |
| LIFESTYLE NUTRITION, INC., | ) |
| CHRISTOPHER FUZY, | ) |
| and JOHN DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Loop Spine & Sports Center, Ltd. voluntarily dismisses its individual claims against defendants Lifestyle Nutrition, Inc. and Christopher Fuzy with prejudice and without costs. Plaintiff Loop Spine & Sports Center, Ltd. voluntarily dismisses its class claims against defendants Lifestyle Nutrition, Inc. and Christopher Fuzy without prejudice and without costs. Plaintiff Loop Spine & Sports Center, Ltd. voluntarily dismisses its claims against defendants John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on October 14, 2020, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, and to be served by U.S. Mail upon the following:

    Lifestyle Nutrition, Inc.
    c/o Christopher Fuzy, Registered Agent
    1741 Coral Gardens Drive
    Wilton Manors, FL 33334

    Christopher Fuzy
    1741 Coral Gardens Drive
    Wilton Manors, FL 33334

                                          s/ Heather Kolbus
                                          Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)